UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cv-113-BO

| | |
|---|---|
| DANIEL C. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

This cause comes before the Court on plaintiff's request for a refund [DE 30] of his filing fee. The Court dismissed plaintiff's case in August 2019 for failure to prosecute or respond to the Court's previous show cause order. At that time, plaintiff had not filed an application to proceed *in forma pauperis*, had not filed a complaint or paid a filing fee, and had not submitted any summonses. Plaintiff then noticed an appeal and paid the $505 filing fee for an appeal. The Fourth Circuit affirmed the Court's order dismissing the case.

Plaintiff now requests a refund of the $505 filing fee. The motion [DE 30] is DENIED.

SO ORDERED, this __14__ day of April, 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE